**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-1084**

─────────

MADHU VERMA; RAVI GOGNA,

Plaintiffs - Appellants,

and

KAMAL MUSTAFA,

Third Party Plaintiff,

v.

JACQUES FRANCOIS; NADIA ALLEN,

Defendants - Appellees,

and

REBECCA ANNE HERR,

Trustee.

─────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:22-cv-00452-DKC)

─────────

Submitted: November 21, 2023                    Decided: November 27, 2023

─────────

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Madhu Verma and Ravi Gogna, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Madhu Verma and Ravi Gogna appeal the district court's order denying their motion for default judgment and affirming the bankruptcy court's order dismissing their adversary proceeding and remanding to the state court the wrongful detainer action that they removed to the bankruptcy court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Verma v. Francois*, No. 8:22-cv-00452-DKC (D. Md. Dec. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*